ROBERT W. FREEMAN
Nevada Bar No. 3062
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
Clark County, Robert Grundy, Howard
Stone, Christopher Price, John "Jack"
Martin

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| JANICE ROBINSON, as natural mother of her minor child JAWUAN ROBINSON, AND JAWAUN ROBINSON (a minor),<br><br>            Plaintiff,<br><br>    vs.<br><br>EVERETT GRAVES, individually and in his official capacity as Juvenile Detention Assistant; ROBERT GRUNDY, individually and in his official capacity as Juvenile Detention Assistant; HOWARD STONE, individually and in his official capacity as Child and Youth Program Technician; CHRISTOPHER PRICE, individually and in his official capacity as Juvenile Services Assistant; DOES I-V, in their official capacities as Intermediate Supervisors and Managers, DOES VI-XX; JOHN "JACK" MARTIN, individually and, in his official capacity as Director of the Clark County Department of Juvenile Justice Services; CLARK COUNTY, a Political Subdivision of the state of Nevada,<br>            Defendants. | CASE NO. 2:14-cv-0298-LDG-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

...

...

...

...

...

4816-5194-4747.1

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled.

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 7 day of December, 2015.    DATED this 2 day of December, 2015.

LEWIS BRISBOIS BISGAARD & SMITH LLP     GARCIA-MENDOZA & SNAVELY

_____         _____
Robert W. Freeman, Jr., Esq.            Luther M. Snavley, Esq.
Nevada Bar No. 3062                     Nevada Bar No. 5507
6385 S. Rainbow Blvd, Suite 600         501 South Seventh Street
Las Vegas, Nevada 89118                 Las Vegas, Nevada 89101
Attorney for Defendants                 Attorneys for Defendant
Clark County, Robert Grundy, Howard Stone,   Everett Graves
Christopher Price and John Martin

DATED this ___ day of December, 2015.

LAW OFFICES OF DAN M. WINDER, P.C.

_____
Dan M. Winder, Esq.
Nevada Bar No. 1569
3507 W. Charleston Blvd.
Las Vegas, Nevada 89102
Attorneys for Plaintiff
Janice Robinson, as natural
mother JAWUAN ROBINSON

## ORDER

IT IS SO ORDERED.

Dated this 10 day of December, 2015.

_____
U.S. DISTRICT COURT JUDGE
LLOYD D. GEORGE

4816-5194-4747.1                        2